```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
                                        2:06-MC-00124-DFL-DAD
12            Plaintiff,
                                        STIPULATION AND ORDER
13       v.                             EXTENDING THE UNITED STATES'
                                        TIME TO FILE A COMPLAINT FOR
14  APPROXIMATELY $25,560.00 IN U.S.    FORFEITURE AND/OR TO OBTAIN AN
    CURRENCY,                           INDICTMENT ALLEGING FORFEITURE
15
16            Defendants.
```

17      It is hereby stipulated by and between the United States of
18 America and claimants Dorothy J. Williams and Reginald Bowers
19 ("Claimants"), by and through their respective attorneys, as
20 follows:
21      1.  On or about September 11, 2006, Claimants filed claims in
22 administrative forfeiture proceedings with the Drug Enforcement
23 Administration ("DEA") with respect to the approximately $25,560.00
24 in U.S. Currency, (the "defendant currency"), seized on or about
25 June 28, 2006.
26      2.  The DEA has sent the written notice of intent to forfeit
27 required by 18 U.S.C. § 983(a)(1)(A) to all known interested
28 parties.  The time has expired for any person to file a claim to

the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than the Claimants, has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently December 8, 2006.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 8, 2007, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 8, 2007.

DATED: 12/06/06         McGREGOR W. SCOTT
                        United States Attorney

                        /s/ Jason Hitt
                        JASON HITT
                        Assistant U.S. Attorney

///

///

///

2

```
DATED: 12/5/06                      /S/ James R. Greiner
                                    JAMES R. GREINER
                                    Attorney for Claimant Dorothy J.
                                    Williams


DATED: 12/07/06                     /s/ Jason Hitt authorized 12/7/06 for
                                    TIMOTHY ZINDEL
                                    Attorney for Claimant Reginald Bowers

                                    (Original signature retained by
                                    attorney)
```

**IT IS SO ORDERED.**

DATED: December 11, 2006

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE